# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffery LaCroix, as trustee for the next of kin of William Roy St. John,<br><br>　　　　Plaintiff,<br>v.<br><br>Tendeh Brownell, individually and in his professional capacity; Matthew Elmore, individually and in his professional capacity; Ian Sinclair, individually and in his professional capacity; Lindsey Jennelle, individually and in her professional capacity; and the State of Minnesota,<br><br>　　　　Defendants. | Case No. 18-cv-2448 (PJS/SER)<br><br>**ORDER** |

Federick J. Goetz, Goetz & Eckland P.A., 615 First Avenue Northeast, Suite 425, Minneapolis MN 55413 (for Plaintiff); and

Jeffrey Kent Bowman, Minnesota Attorney General's Office, 445 Minnesota Street, Suite 1100, St. Paul MN 55101 (for Defendants).

PATRICK J. SHILTZ, United States District Judge

　　　　The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

　　　　Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

　　1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's Motion for Approval of Settlement and Distribution of Proceeds (ECF No. 18) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 7, 2019

*s/Patrick J. Schiltz*
PATRICK J. SHILTZ
United States District Judge