# UNITED STATES DISTRICT COURT
## District of Minnesota

Jeffery LaCroix, as trustee for the next of kin of William Roy St. John,

                Plaintiff(s),

v.

Tendeh Brownell, individually and in his professional capacity; Matthew Elmore, individually and in his professional capacity; Ian Sinclair, individually and in his professional capacity; Lindsey Jennelle, individually and in her professional capacity; and the State of Minnesota,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-2448 (PJS/SER)

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's Motion for Approval of Settlement and Distribution of Proceeds (ECF No. 18) is **GRANTED**.

Date: January 9, 2019

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By) Lynnette Brennan, Deputy Clerk